UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HANE'S HOME IMPROVEMENT, INC. | ) | Chapter 7 |
| | ) | Case No. 13-13576-RGM |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JANET M. MEIBURGER, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 15-01110-RGM |
| | ) | |
| AMERICAN BUILDERS & | ) | |
| CONTRACTORS SUPPLY CO., INC. | ) | |
| D/B/A ABC SUPPLY CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

Plaintiff Janet M. Meiburger, Trustee, and defendant American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc., being all the parties herein, respectfully stipulate to the dismissal, with prejudice, of the above-captioned adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) made applicable through Federal Rule of Bankruptcy Procedure 7041, each party to bear its own costs and fees.

{LTB-00074903- }

| | |
|---|---|
| Dated: February 3, 2016 | Respectfully submitted, |

JANET M. MEIBURGER, TRUSTEE

*/s/ Stephen E. Leach*
Stephen E. Leach (Va. Bar No. 20601)
Hirschler Fleischer P.C.
8270 Greensboro Drive, Suite 700
Tysons Corner, Virginia  22102
Telephone:     (703) 584-8900
Facsimile:      (703) 584-8901
E-mail:           sleach@hf-law.com

*Counsel for Plaintiff*


AMERICAN BUILDERS & CONTRACTORS SUPPLY, CO., INC. d/b/a ABC SUPPLY CO., INC.

*/s/ David I. Swan*
David I. Swan, Esq.
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
Telephone:     (703) 712-5365
Facsimile:      (703) 712-5246
E-mail:           dswan@mcquirewoods.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 3, 2016, copies of this Stipulation were served by electronic mail upon the following:

| | |
|---|---|
| David I. Swan | Jonathan M. Stemerman |
| McGuireWoods LLP | Elliot Greenleaf |
| 1750 Tysons Boulevard, Ste. 1800 | 1105 North Market Street, Ste. 1700 |
| Tysons Corner, VA 22102 | Wilmington, DE 19801 |
| dswan@mcguirewoods.com | jms@elliottgreenleaf.com |

                    */s/ Stephen E. Leach*
                          Stephen E. Leach

7509407-1  060928.00001