# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re: <br><br> HANES HOME IMPROVEMENT, INC., <br><br> Debtor. | Case No.  13-13576-RGM <br> (Chapter 7) |
| JANET M. MEIBURGER, CHAPTER 7 TRUSTEE, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., <br><br> Defendant. | Adv. Proc. No. 15-1110 |

## ORDER DISMISSING SHOW CAUSE

To: Stephen E. Leach
8270 Greensboro Drive, Suite 700
Tysons Corner, Virginia 22102

THIS CASE was before the court on February 2, 2016, for a pre-trial conference.  No appearances were made.  A show cause was issued and scheduled for March 1, 2016.  A Joint Stipulation of Dismissal was filed on February 4, 2016.  It appearing proper to do so, it is

ORDERED that the show cause is dismissed and removed from the **March 1, 2016** court calendar.

DONE at Alexandria, Virginia, this 8th day of February, 2016.

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Stephen E. Leach

20357A